UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

YVONNE BROODIE,                                          CASE NO.

Plaintiff,

v.

LANDMARK HOSPITAL OF
SOUTHWEST FLORIDA, LLC

Defendant.

_____/

## NOTICE OF RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

1

related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

**EEOC Charge #510-2025-04790**

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and forgoing has been electronically filed and sent via electronic mail to the party listed on the attached service list on this 21 day of November, 2025.

Light Path Law, P.A.
Counsel for Plaintiff
2069 First Street, Suite 100
Fort Myers, FL 33901
Phone: (239) 689-8481
Fax: (239) 294-3930
rgallagher@lightpathlaw.com
kcapra@lightpathlaw.com

By: */s/ Rebecca A. Gallagher*
　　Rebecca Gallagher, Esq.
　　Florida Bar No. 784591

2