**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**YVONNE BROODIE,**

       **Plaintiff,**

**vs.**

                                 **CASE NO. 2:25-cv-01078-KCD-NPM**

**LANDMARK HOSPITAL OF**
**SOUTHWEST FLORIDA, LLC**

       **Defendant.**
                                **/**

## <u>DEFENDANT'S NOTICE OF RELATED ACTION</u>

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐      **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒      **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

DATED this 20th day of January, 2026.

Respectfully submitted by:

**JACKSON LEWIS P.C.**

*/s/ Amy K. Recla, Esq.*
**LEAD TRIAL COUNSEL**
Amy K. Recla, Esq.
Florida Bar Number: 102811
amy.recla@jacksonlewis.com
maya.levy@jacksonlewis.com
tampadocketing@jacksonlewis.com

**Ryan J. Soscia, Esq.**
Florida Bar Number: 1031736
ryan.soscia@jacksonlewis.com
maya.levy@jacksonlewis.com
tampadocketing@jacksonlewis.com

100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:  813-512-3210
Facsimile:  813-512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2026, the foregoing

was electronically filed with the Clerk of the Court by using the CM/ECF system to

all counsel of record.

*/s/ Amy K. Recla*

4930-8892-7625, v. 1