UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YVONNE BROODIE,                    CASE NO. 2:25-cv-01078-KCD-NPM
Plaintiff,

v.

LANDMARK HOSPITAL OF
SOUTHWEST FLORIDA, LLC
Defendant.
_____/

### NOTICE PURSUANT TO MARCH 4, 2026 ORDER

Light Path Law, PA and attorney Rebecca A. Gallagher (the "Firm") hereby

file this Notice pursuant to this Honorable Court's March 4, 2026, Order to advise

the Court whether Defendant opposes Plaintiff's request for a 60-day stay as set forth

in the motion to withdraw as Plaintiff's counsel. Defendant agrees to a 60-day stay.

Respectfully submitted,

**LIGHT PATH LAW, P.A.**
*Counsel For Plaintiff, Yvonne Broodie*
2069 First Street, Suite 100
Fort Myers, Florida 33901
Phone: (239) 689-8481
Facsimile: (239) 294-3930
rgallagher@lightpathlaw.com
ssilva@lightpathlaw.com
eservice@lightpathlaw.com

By:  */s/ Rebecca A. Gallagher*
        Rebecca A. Gallagher
        Florida Bar No. 784591

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been electronically filed and sent via electronic mail to the parties listed on the

attached Service List on March 5, 2026.

By: */s/ Rebecca A. Gallagher*
Florida Bar No. 784591

## SERVICE LIST

Amy Kathleen Recla
Jackson Lewis PC
100 S. Ashley Drive
Suite 2200
Tampa, FL 33602
813-512-3229
Fax: 813-512-3211
Email: Amy.Recla@jacksonlewis.com

Ryan Soscia
Jackson Lewis P.C.
Wells Fargo Center
100 South Ashley Drive
Suite 2200
Tampa, FL 33602
813-512-3210
Fax: 813-512-3211
Email: ryan.soscia@jacksonlewis.com